| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Sophie Pross** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Joe Pross** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders        12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | | Unsecured claim |
| --- | --- | --- | --- |

**1**

**Pentagon Federal Credit Union f/k/a Progressive Credit Union**
**131 W 33rd Street, 7th Fl**
**New York, NY 10001**

_____

_____

Contact

_____

Contact phone

What is the nature of the claim?    **Loan**            $15,787,096.00

As of the date you file, the claim is: Check all that apply
■  Contingent
■  Unliquidated
■  Disputed
☐  None of the above apply

Does the creditor have a lien on your property?
☐  No
■  Yes. Total claim (secured and unsecured)        $19,630,096.00
       Value of security:            -   $3,843,000.00
       Unsecured claim                $15,787,096.00

**2**

**Quorum Credit Union**
**2500 Westchester Avenue**
**Suite 411**
**Purchase, NY 10577**

_____

_____

Contact

What is the nature of the claim?    **Loan**            $263,510.00

As of the date you file, the claim is: Check all that apply
■  Contingent
■  Unliquidated
■  Disputed
☐  None of the above apply

Does the creditor have a lien on your property?
☐  No
■  Yes. Total claim (secured and unsecured)        $2,900,000.00

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Sophie Pross** | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **Joe Pross** | | | |

| | Value of security: | - | **$2,636,490.00** |
|---|---|---|---|
| Contact phone | Unsecured claim | | **$263,510.00** |

| Part 2: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  /s/ Sophie Pross                X  /s/ Joe Pross

**Sophie Pross**                                    **Joe Pross**

Signature of Debtor 1                         Signature of Debtor 2

Date  **October 13, 2021**                 Date  **October 13, 2021**